JS-6   O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOSEPH MONACO,<br><br>              Petitioner,<br><br>      v.<br><br>STU SHERMAN, Warden,<br><br>              Respondent. | Case No. ED CV 15-02208 CAS (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice as successive.

DATED:  November 8, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE